No. 90–5628.   KINNEY *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES; and PLOURDE *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 1st Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 90–6070.   GROSSMAN *v.* UNITED STATES.   C. A. 2d Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied.

No. 89–7873.   McQUILLION *v.* KOENIG, CHAIRMAN, CALIFORNIA BOARD OF PRISON TERMS, *ante*, p. 919.   Petition for rehearing denied.